UNITED STATES DISTRICT COURT     **CLOSED**
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | | 08CR888 (SDW) |
| v. | : | |
| JAMES M. GUILLAUME | | **O R D E R** |
| Defendant. | : | |

This matter having come before the Court on an Order directed defendant to file his brief in support of his appeal of the Magistrate Judge's decision by February 16th, 2009; and

No brief having been filed;

It is on this 17th day of February, 2009 hereby ORDERED that this action be dismissed.

_____
SUSAN D. WIGENTON
United States District Judge